# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIDYCE GONZALEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| ELITE HVAC GROUP, LLC, SOLAR BEAR SERVICES LLC, IRAJ JAKE NADJMAZHAR, DUANE RAPSON, DAVID EVELAND, | ) ) ) ) ) ) |
| Defendants. _____ | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
ELITE HVAC GROUP, LLC
Registered Agent: C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIDYCE GONZALEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| ELITE HVAC GROUP, LLC, SOLAR BEAR SERVICES LLC, IRAJ JAKE NADJMAZHAR, DUANE RAPSON, DAVID EVELAND, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
SOLAR BEAR SERVICES LLC
Registered Agent: Caleb Eveland
10125 NW 116 Way, Suite 10
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIDYCE GONZALEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| ELITE HVAC GROUP, LLC, SOLAR BEAR SERVICES LLC, IRAJ JAKE NADJMAZHAR, DUANE RAPSON, DAVID EVELAND, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
IRAJ JAKE NADJMAZHAR
1965 Carlotta Court
Atlanta, GA 30345

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIDYCE GONZALEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| ELITE HVAC GROUP, LLC, SOLAR BEAR SERVICES LLC, IRAJ JAKE NADJMAZHAR, DUANE RAPSON, DAVID EVELAND, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
DUANE RAPSON
10125 NW 116 Way, Suite 10
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| LIDYCE GONZALEZ and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) |
| vs. | ) ) |
| ELITE HVAC GROUP, LLC, SOLAR BEAR SERVICES LLC, IRAJ JAKE NADJMAZHAR, DUANE RAPSON, DAVID EVELAND, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
DAVID EVELAND
10125 NW 116 Way, Suite 10
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____